# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEEKO CARRAWAY,<br><br>   Petitioner,<br><br>  v.<br><br>BRENDA CASH, Warden,<br><br>   Respondent. | Case No. ED CV 13-0248 DMG (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.

  Accordingly, IT IS ORDERED THAT:

  1. The Report and Recommendation is approved and accepted;

  2. Judgment be entered denying the Petition and dismissing this action without prejudice; and

  3. The Clerk serve copies of this Order on the parties.

  Additionally, for the reasons stated in the Report and Recommendation, the Court finds that Petitioner has not made a substantial showing of the denial of a

//
//

1 | constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*
2 | *Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate
3 | of appealability.

DATED:   August 2, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE