# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEEKO CARRAWAY,<br><br>    Petitioner,<br><br>  v.<br><br>BRENDA CASH, Warden,<br><br>    Respondent. | Case No. ED CV 13-0248 DMG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 2, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE