# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MEEKO CARRAWAY,

          Petitioner,

     v.

BRENDA CASH, Warden,

          Respondent.

Case No. ED CV 13-0248 DMG (JCG)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 2, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE